UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                            )<br>)<br>CHUONG TRAN                   )<br>)<br>        Defendant              ) | Criminal No.<br>18 U.S.C. § 371<br>(Klein Conspiracy)<br><br>05CR10141JLT |

INFORMATION

The United States Attorney charges that:

### COUNT ONE

[18 U.S.C. §371]

(Conspiracy)

1.   From on or about May 15, 1998, through on or about January 25, 2002, in the District of Massachusetts and elsewhere, the defendant,

**CHUONG TRAN**

and others known and unknown to the United States Attorney did knowingly, wilfully and unlawfully conspire, confederate and agree together to defraud the United States by impeding, impairing, obstructing and defeating the lawful Governmental functions of the Internal Revenue Service of the Treasury Department (hereafter, "IRS"), an agency and department of the United States, in the ascertainment, computation, assessment, and collection of revenue.

### INTRODUCTION

2.   At all times material to this Information, the Defendant, **CHUONG TRAN**, was a resident of Lowell or Fitchburg, Massachusetts, and was involved with others in the ownership, management, and

operation of a temporary employment business known as United Placement, Inc. ("United Placement").

3. United Placement was incorporated by **CHUONG TRAN** and another individual as a Massachusetts corporation on or about May 15, 1998. **CHUONG TRAN** was a shareholder of United Placement, was Vice President of United Placement at the time of incorporation, and later became President of United Placement.

4. United Placement had an office at 337 Westford Street, #4, Lowell, Massachusetts, operated from that location and others in the greater Lowell area, and was in the business of supplying temporary workers to client companies in the greater Lowell area.

## MANNER AND MEANS BY WHICH THE CONSPIRACY WAS CARRIED OUT

The manner and means by which the conspiracy was sought to be accomplished included, among others, the following:

5. **CHUONG TRAN** and his co-conspirators operated United Placement in a way designed, and intended by them, to conceal United Placement's actual income, their own actual individual income, and their temporary employees' income from the IRS.

6. A primary purpose and objective of the conspiracy was to defraud the United States by impeding, impairing, obstructing and defeating the IRS in ascertaining, computing, assessing, and collecting revenue.

7. Among other things, **CHUONG TRAN** and his co-conspirators:

A. recruited temporary workers, a substantial number of whom they knew and believed were receiving welfare or other forms of public assistance, and therefore wished to receive cash income that they would not report for income tax and other purposes;

B. recruited the temporary workers to work at hourly wages lower than such workers would otherwise accept, based on their mutual understanding with the workers that United Placement would pay the wages in cash, and that those wages would not be subject to any withholdings and would not be reported to the IRS;

C. placed numerous temporary workers at client companies, received payments for the workers' services from the client companies by check, and cashed those checks, using the cash to pay the temporary workers "under the table" without withholding for income taxes or otherwise; and

D. prepared, filed, and caused to be prepared and filed, corporate Employer's Quarterly Federal Tax Returns and Employer's Annual Federal Unemployment (FUTA) Tax Returns on behalf of United Placement which substantially understated United Placement's number of employees, total wages and other

3

compensation paid to its employees, and amounts of taxes due.

### OVERT ACTS

In furtherance of the conspiracy, and to effect the objects thereof, **CHUONG TRAN** and his co-conspirators committed the following overt acts, among others, in the District of Massachusetts and elsewhere:

8. On or about the dates set forth below, **CHUONG TRAN** and his co-conspirators filed and caused to be filed the following federal employment tax returns on behalf of United Placement, which returns were materially false in that, among other things, they substantially understated United Placement's number of employees, total wages and other compensation paid to its employees, and amounts of taxes due:

   A. Form 941 Employer's Quarterly Federal Tax Return, for the quarter ending 3/31/99, filed on or about 4/22/99.

   B. Form 941 Employer's Quarterly Federal Tax Return, for the quarter ending 6/30/99, filed on or about 7/29/99.

   C. Form 941 Employer's Quarterly Federal Tax Return, for the quarter ending 9/30/99, filed on or about 10/31/99.

   D. Form 941 Employer's Quarterly Federal Tax Return, for the quarter ending 12/31/99, filed on or about 1/28/00.

   F. Form 940-EZ Employer's Annual Federal Unemployment (FUTA) Tax Return for the year ending 12/31/99, filed on or about 1/28/00.

    G.    Form 941 Employer's Quarterly Federal Tax Return, for the quarter ending 3/31/00, filed on or about 4/27/00.

    H.    Form 941 Employer's Quarterly Federal Tax Return, for the quarter ending 6/30/00, filed on or about 7/18/00.

    I.    Form 941 Employer's Quarterly Federal Tax Return, for the quarter ending 9/30/00, filed on or about 10/31/00.

    J.    Form 941 Employer's Quarterly Federal Tax Return, for the quarter ending 12/31/00, filed on or about 1/29/01.

    K.    Form 940-EZ Employer's Annual Federal Unemployment (FUTA) Tax Return for the year ending 12/31/00, filed on or about 1/29/01.

    L.    Form 941 Employer's Quarterly Federal Tax Return, for the quarter ending 6/30/01, filed on or about 8/1/01.

    M.    Form 941 Employer's Quarterly Federal Tax Return, for the quarter ending 9/30/01, filed on or about 10/27/01.

    N.    Form 941 Employer's Quarterly Federal Tax Return, for the quarter ending 12/31/01, filed on or about 1/25/02.

O.   Form 940-EZ Employer's Annual Federal Unemployment (FUTA) Tax Return for the year ending 12/31/01, filed on or about 1/25/02.

All in violation of Title 18, United States Code, Section 371.

                                    Respectfully submitted,

                                    MICHAEL J. SULLIVAN
                                  United States Attorney

By:  _____
      JAMES D. HERBERT
      Assistant U.S. Attorney
      RICHARD L. HOFFMAN
      Special Assistant U.S. Attorney

Date: June 7, 2005

05CR 10141 JLT

JS 45 (5/97) - (Revised USAO MA 1/15/04)

# Criminal Case Cover Sheet      U.S. District Court - District of Massachusetts

**Place of Offense:** D. Mass.    **Category No.** II    **Investigating Agency** IRS

**City** Lowell      **Related Case Information:**

**County** Middlesex      Superseding Ind./ Inf. _____    Case No. MBD 03-10321 - PBS
Same Defendant  X    New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

**Defendant Name** Chuong Tran      Juvenile [ ] Yes [x] No

**Alias Name** _____

**Address** 227 Walker Street, Apt. 1, Lowell, MA 01821

**Birth date (Year only):** 1950   **SSN (last 4 #):** 8683   **Sex** M   **Race:** Asian   **Nationality:** Vietnamese

**Defense Counsel if known:** Lois M. Lewis, Esq.    **Address:** 74 Fuller Terrace, Newton, MA 02465

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** James D. Herbert & SAUSA Richard L. Hoffman    **Bar Number if applicable** _____

**Interpreter:** [x] Yes [ ] No    List language and/or dialect: Vietnamese or Khmer

**Matter to be SEALED:** [ ] Yes [x] No

[ ] Warrant Requested    [x] Regular Process    [ ] In Custody

**Location Status:**

**Arrest Date:** _____

[ ] Already in Federal Custody as of _____ in _____
[ ] Already in State Custody at _____ [ ] Serving Sentence [ ] Awaiting Trial
[ ] On Pretrial Release: Ordered by _____ on _____

**Charging Document:** [ ] Complaint    [x] Information    [ ] Indictment

**Total # of Counts:** [ ] Petty _____ [ ] Misdemeanor _____ [x] Felony One

Continue on Page 2 for Entry of U.S.C. Citations

[x] I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** June 7, 2005    **Signature of AUSA:** _____

**05CR10141JLT**

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   Chuong Tran

**U.S.C. Citations**

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 371 | Klein conspiracy | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**