AO 455 (Rev. 5/85)  Waiver of Indictment

# United States District Court

DISTRICT OF __MASSACHUSETTS__

UNITED STATES OF AMERICA

V.

__CHUONG TRAN__

**WAIVER OF INDICTMENT**

CASE NUMBER: __CR05-10141-JLT__

I, __CHUONG TRAN__, the above named defendant, who is accused of

__CONSPIRACY__

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __JUNE 27, 2005__ prosecution by indictment and consent that the
                        Date
proceeding may be by information rather than by indictment.

X _____[signature]_____
Defendant

X _____[signature]_____
Counsel for Defendant

Before _____[signature]_____
Judicial Officer  6/27/05