UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

      V.                                 CRIMINAL NO. 05-10141-JLT

CHUONG TRAN

    Defendant

## DEFENDANT'S REQUEST TO CONTINUE AND RESCHEDULE SENTENCING

Undersigned counsel respectfully requests that the sentencing for the defendant, Chuong Tran, be continued from October 3, 2005 at ten o'clock in the morning and rescheduled for the following reasons:

1. Counsel represents a detained defendant, Osvaldo Pache, whose trial will start on Monday, October 3, 2005 before the court, Woodlock, J. (United States v. Pache, Criminal No. 00-10206). The court has allowed one week for this trial.

2. Both the Assistant United States Attorney, Richard Hoffman, and Probation, Ms. Kelly Foster, are aware of this impending trial.

3. Counsel has refrained from filing this request because there was a possibility that the defendant might enter a plea.

4. Chuong Tran has not been detained and has been released on personal recognizance. A plea agreement has been entered into.

Dated: September 21, 2005

CHUONG TRAN

/s/ Lois Lewis

Lois Lewis
74 Fuller Terrace
West Newton, MA 02465
Tel: (617) 969-4854
BBO # 298580