PROB 7A
(DMA Rev 1/2005)

**Conditions of Probation and Supervised Release**

# UNITED STATES DISTRICT COURT
### For The
## DISTRICT OF MASSACHUSETTS

COPY

To: Chuong Tran
Address: 28 Grand Ave., #6
Lowell, MA 01851

Docket No. 05-CR-10141-01  JLT

      Under the terms of this sentence, the defendant has been placed on probation by the Honorable Joseph Tauro, United States District Judge for the District of Massachusetts. Your term of supervision is for a period of 18 months commencing November 21, 2005.

      While on probation, the defendant shall not commit another Federal, state, or local crime and shall not illegally possess a controlled substance.

      If the judgment imposed a fine or a restitution obligation, it shall be a condition of probation that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervision in accordance with any Schedule of Payments set forth in the Criminal Monetary Penalties Sheet of the judgment. In any case, the defendant should cooperate with the probation officer in meeting any financial obligations.

      The defendant shall report in person to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons (supervised release cases only).

CHECK IF APPLICABLE:

[ ]     As a condition of supervision, you are instructed to pay a fine in the amount of $ ; it shall be paid in the following manner: .

[ ]     As a condition of supervision, you are instructed to pay restitution in the amount of $ to ; it shall be paid in the following manner: .

[X]     The defendant will be required to cooperate in the collection of a DNA sample as directed by the probation officer.

[X]     The defendant shall not possess a firearm as defined in 18 U.S.C. § 921.

**For offenses committed on or after September 13, 1994:**

      The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment or placement on probation and at least two periodic drug tests thereafter, not to exceed 104 tests per year, as directed by the probation officer.

[ ]     The above drug testing condition is suspended based on the court's determination that the defendant poses a low risk of future substance abuse.

**It is the order of the Court that you shall comply with the following standard conditions:**

(1)     The defendant shall not leave the judicial district without permission of the Court or probation officer;

(2)     The defendant shall report to the probation officer as directed by the Court or probation officer, and shall submit a truthful and complete written report within the first five days of each month;

(3)     The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

(4)     The defendant shall support his or her dependents and meet other family responsibilities;